IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-187-AP**

**GREGORY PRATER,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

**ORDER**

---

**KANE, J. ORDERS**

Plaintiff's Motion to Withdraw Complaint (document #4), filed September 29, 2005 is **GRANTED.**  The complaint is deemed withdrawn.  This case is dismissed.

DATED: September 30, 2005.

        BY THE COURT:

        **S/John L. Kane**
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT